UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY HASTERT,

    Plaintiff,

v.

                        File No. 1:15-cv-568

DAN MERCER et al.,                HON. ROBERT HOLMES BELL

    Defendants.
_____/

## ORDER

On August 12, 2016, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that the Court grant summary judgment in favor of Defendants as to Plaintiff's federal claims, and decline to exercise supplemental jurisdiction over Plaintiff's state-law claims. (R&R, ECF No. 41.)

The R&R notified the parties that any objections must be filed within 14 days of service. The R&R was served on Plaintiff via U.S. mail. More than 20 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the August 12, 2016, R&R (ECF No. 41) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment and/or dismissal (ECF No. 30) is **GRANTED** as set forth in the R&R.

A judgment will enter consistent with this order.

Dated: September 2, 2016                /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE